M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
E-mail:  rfinch@messner.com
     cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELORES SHERMAN, THROUGH POWER OF ATTORNEYHOLDER TINA KONRAD<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, DOES I through XXX,; ABC CORPORATIONS A-M; and LIMITED LIABILITY PARTNERSHIPS N-Z;<br><br>Defendants. | Case No.:   3:24-cv-00331-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(First Request)** |

Defendant, STATE FARM FIRE AND CASUALTY COMPANY, ("Defendant") by and through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff DELORES SHERMAN, Through Power of Attorney-holder TINA KONRAD, by and through her counsel of record, PATRICK R. LEVERTY, ESQ. and WILLIAM R. GINN, ESQ. of LEVERTY & ASSOCIATES LAW CHTD., hereby stipulate and agree as follows:

1.   Plaintiff filed her Complaint in State Court on June 18, 2024.

2.   Plaintiffs sent a copy of the Summons and the Complaint to the Nevada Department of Business and Industry, Division of Insurance (the "Nevada Division of Insurance"), which received service on June 27, 2024.

3. Defendant filed its Petition for Removal and Demand for Jury Trial on July 26, 2024 (*See* ECF No. 1).

4. This is the first stipulation for extension of time for Defendant to file a responsive pleading to Plaintiff's complaint.

5. The parties request this extension because Defendant's counsel recently determined they had not received complete claims file materials from Defendant, which counsel requires to fully and accurately respond to the claims and allegations set forth in Plaintiff's Complaint. Defendant's counsel received the necessary additional claims file materials on August 1, 2024. The parties have agreed to the extension requested herein to afford Defendant's counsel adequate time to review these additional materials and prepare Defendant's Answer to Plaintiff's Complaint.

6. The parties hereto stipulate that Defendant's deadline to file a responsive pleading will be extended to August 16, 2024.

DATED this 1st day of August, 2024.

**MESSNER REEVES LLP**

/s/ Renee M. Finch

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 West Russell, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 1st day of August, 2024.

**LEVERTY & ASSOCIATES LAW CHTD.**

Patrick R. Leverty, Esq.
Nevada Bar No. 8840
William R. Ginn, Esq.
Nevada Bar No. 6989
832 Willow Street
Reno, Nevada 89502
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 2nd day of August, 2024.