# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELORES SHERMAN, et al., | 3:24-cv-00331-ART-CSD |
| Plaintiffs, | |
| v. | **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

On August 22, 2024, the court issued its Order setting a Video Case Management Conference which directed counsel to file their Joint Case Management Report and proposed Discovery Plan and Scheduling Order on or before **Thursday, September 12, 2024**. (ECF No. 12.) Counsel have failed to comply.

Counsel shall file their Joint Case Management Report and proposed Discovery Plan and Scheduling Order **by no later than close of business on Friday, September 13, 2024.**

**IT IS SO ORDERED.**

DATED: September 13, 2024.

_____
Craig S. Denney
United States Magistrate Judge