# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES SHERMAN, THROUGH POWER OF ATTORNEY HOLDER TINA KONRAD,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, DOES I through XXX; ABC CORPORATIONS A-M; and LIMITED LIABILITY PARTNERSHIPS N-Z;<br><br>Defendants. | Case No.:    3:24-cv-00331-ART-CSD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Defendant, STATE FARM FIRE AND CASUALTY COMPANY through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff DELORES SHERMAN, Through Power of Attorney-holder TINA KONRAD, and by and through her counsel of record, PATRICK R. LEVERTY, ESQ. and WILLIAM R. GINN, ESQ., that all claims against STATE FARM FIRE AND CASUALTY COMPANY, arising out of Case No. 3:24-cv-00331-ART-CSD, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 20th day of February, 2025.

**MESSNER REEVES, LLP**

/s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 20th day of February, 2025.

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/ Patrick R. Leverty
Patrick R. Leverty, Esq.
Nevada Bar No. 8840
William R. Ginn, Esq.
Nevada Bar No. 6989
832 Willow Street
Reno, Nevada 89502
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: 2/21/2025